■ FRANCIS J. DUNDON et al., Respondents, v PRESBYTERIAN HOSPITAL, Appellant, and EDGAR M. HOUSEPIAN, Respondent.—Order, Supreme Court, New York County, entered on December 14, 1976, unanimously affirmed for the reasons stated by Korn, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Markewich and Lynch, JJ.

■ PAMELA FISHER, Respondent, v JOSEPH K. FISHER, Appellant.—Order, Supreme Court, New York County, entered on October 27, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated by Shainswit, J., at Special Term. (See, also, *Fisher v Fisher,* 56 AD2d 547.) Concur—Kupferman, J. P., Birns, Markewich and Lynch, JJ.

■ EAST SIDE AIRLINES TERMINAL, INC., et al., Respondents, v CAREY TRANSPORTATION, INC., Respondent, and INSURANCE COMPANY OF NORTH AMERICA, Appellant.—Order, Supreme Court, New York County, entered on November 9, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated by Fraiman, J., at Special Term. Concur —Kupferman, J. P., Birns, Markewich and Lynch, JJ.

■ NORTH STAR REINSURANCE CORP., Appellant, v MILLER OIL PURCHASING Co. et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County, entered on December 13, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Lynch, JJ.

■ CASTAGNA & SON, INC., Plaintiff, v CITY OF NEW YORK, Defendant-Respondent and Third-Party Plaintiff-Respondent. GRUZEN & PARTNERS, Third-Party Defendant-Respondent. WACHTEL, DUKLAUER & FEIN, INC., Appellant, v CITY OF NEW YORK, Defendant-Respondent and Third-Party Plaintiff-Respondent. GRUZEN & PARTNERS, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on November 17, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Respondents shall recover of appellant one bill of $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Lynch, JJ.

■ AMJET INDUSTRIES, INC., Appellant, v JEFF SHOR, Respondent, et al., Defendant.—Order, Supreme Court, New York County, entered on October 26, 1976, unanimously affirmed for the reasons stated by Ascione, J. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Lynch, JJ.

■ SAMUEL KOPLOWITZ, Appellant, v COUNTRY-WIDE INSURANCE COMPANY, Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on May 13, 1976, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Lynch, JJ.